# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RUSTY EDWARD PARKER

VERSUS

WORLEY FIELD SERVICES, INC.

NO.  2026 CW 0266

**JUNE 17, 2026**

---

In Re:    Worley  Field  Services,  Inc.,  applying  for  rehearing,
          Office  of  Workers'  Compensation,  District  05,  No.  25-
          03071.

---

**BEFORE: McCLENDON, C.J., GREENE, STROMBERG, EDWARDS AND BALFOUR, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**PMc**
**TPS**
**BDE**
**KEB**

**Greene, J.,** dissents and would grant rehearing.


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT